# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| E.L.O. CORPORATION,<br><br>    PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>    DEFENDANTS. | CASE NO.: 1:25-CV-12337<br><br>JUDGE ROBERT W. GETTLEMAN<br><br>MAGISTRATE JUDGE LAURA K. MCNALLY |

## PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF PROCESS

Plaintiff, E.L.O. Corporation ("Plaintiff"), seeks this Court's authorization to effectuate service of process by email and/or electronic publication in an action arising out of 15 U.S.C. § 1114; Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a) and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510, *et seq.* Plaintiff's Memorandum of Law in Support of this Motion has been concurrently filed.

| | |
|---|---|
| Dated: October 20, 2025 | Respectfully submitted,<br><br>*/s/ Gouthami V. Tufts*<br>Ann Marie Sullivan<br>Alison K. Carter<br>Gouthami V. Tufts<br>John J. Mariane<br><br>**SULLIVAN & CARTER, LLP**<br>111 W. Jackson Blvd. Ste 1700<br>Chicago, Illinois 60604<br>www.scip.law<br>929-724-7529<br>g.tufts@scip.law<br><br>***ATTORNEYS FOR PLAINTIFF*** |