UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

E.L.O. Corporation
                        Plaintiff,

v.                                                    Case No.: 1:25−cv−12337
                                                    Honorable Robert W. Gettleman

The Partnerships Identified on Schedule A, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 25, 2025:

       MINUTE entry before the Honorable Robert W. Gettleman: Telephonic hearing held on 11/25/2025. The court sets the following briefing schedule on Defendants BAOXIN Co. Ltd, lingYLSHOP, dingleistore, hawentrade, xijueshop, MEIMANMM to dismiss for lack of jurisdiction [31]: plaintiff's response due 12/9/2025; defendant's reply 12/23/2025. Telephonic hearing set for 12/3/2025 at 9:15 a.m. The TRO entered on 10/31/2025 [24] is extended to 12/3/2025. Telephonic status hearing on the motion to dismiss set for 1/13/2026 at 9:15 a.m. To join the telephone conference, dial (650) 479−3207, Access Code 1809 88 3385. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Counsel of record and other essential case participants will receive an email prior to the start of the hearing with instructions to join the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.