UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E.L.O. CORPORATION, | CASE NO.: 1:25-CV-12337 |
| PLAINTIFF, | |
| V. | JUDGE ROBERT W. GETTLEMAN |
| THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, | |
| DEFENDANTS. | MAGISTRATE JUDGE LAURA K. MCNALLY |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff, E.L.O. Corporation's ("ELO" or "Plaintiff") against the defendants identified on the attached Schedule A (collectively, the "Defendants")[1], at least using the online marketplace accounts identified therein (the "Defendant Internet Stores" or "Seller Aliases"), and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion in its entirety.

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. "In the context of cases like this one, that means a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its counterfeit goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016). In this case, Plaintiff has presented

---

[1] This Preliminary Injunction Order does not apply to certain excepted defendants as identified in the attached Schedule A.

screenshot evidence that each Defendant is reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can and do purchase products using counterfeit versions of Plaintiff's federally registered trademark (herein referred to as "ThighMaster Trademark"). *See* [17], which includes screenshot evidence confirming that each Defendant Internet Store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the ThighMaster Trademark.

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for a Temporary Restraining Order establishes that ELO has a likelihood of success on the merits; that no remedy at law exists; and that ELO will suffer irreparable harm if the injunction is not granted.

Specifically, ELO has proved a *prima facie* case of trademark infringement because: (1) the ThighMaster Trademark is a distinctive mark and registered with the U.S. Patent and Trademark Office on the Principal Register; (2) Plaintiff's federally registered trademark is valid and in full force and effect; (3) Defendants are not licensed or authorized to use the ThighMaster Trademark or sell unauthorized products that bear or otherwise infringe upon the ThighMaster Trademark (herein referred to as the "Counterfeit Products"), (4) Defendants' use of the ThighMaster Trademark and the selling of the Counterfeit Products are causing a likelihood of confusion as to potential customers of Plaintiff's authentic products bearing the ThighMaster Trademark (the "ThighMaster Products"). Furthermore, Defendants' continued and unauthorized

use of the ThighMaster Trademark irreparably harms ELO through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage; and, therefore, ELO has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions.

Accordingly, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

    a. using the ThighMaster Trademark and/or any reproductions, counterfeit copies or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine ThighMaster Product or is not authorized by Plaintiff to be sold in connection with its ThighMaster Trademark;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine ThighMaster Product or any other product produced by Plaintiff, that is not Plaintiff's nor produced under the authorization, control or supervision of Plaintiff, nor approved by Plaintiff for sale under Plaintiff's ThighMaster Trademark;

    c. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's ThighMaster Trademark, and/or any reproductions, counterfeit copies, or colorable imitations thereof;

    d. using, linking to, transferring, selling, exercising control over, or otherwise owning the online marketplace accounts or any other Seller Alias account that is being used to sell, or is the means by which Defendants could continue to sell the Counterfeit Products;

    e. operating and/or hosting websites at any other online marketplace registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing Plaintiff's ThighMaster Trademark, or any reproductions, counterfeit copies or colorable imitations thereof that are not genuine ThighMaster Product, or are not authorized by Plaintiff to be sold in connection with Plaintiff's ThighMaster Trademark; and

    f. further infringing Plaintiff's ThighMaster Trademark, and damaging Plaintiff's goodwill.

2. Those in privity with Defendants and with actual notice of this Order, including any online marketplaces, including but not limited to: DHGate.com ("DHGate"); eBay, Inc. ("eBay"); Fruugo, Inc. ("Fruugo"); Shopify Inc. ("Shopify"); SHEIN.com ("SHEIN"); WhaleCo, Inc. d/b/a Temu ("Temu"); and Walmart, Inc. ("Walmart") (collectively referred to as the "Online Marketplaces"), shall within five (5) business days of receipt of this Order:

    a. disable and cease providing services for any accounts through which Defendants engage in the sale of counterfeit and infringing goods using the ThighMaster Trademark, including any accounts associated with the Defendants;

    b. disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the ThighMaster Trademark; and,

    c. take all steps necessary to prevent links to the online marketplace accounts, identified on Schedule A, from displaying in search results, including, but not limited to, removing links to the Seller Aliases from any search index.

3. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' websites at the online marketplace accounts or other websites operated by Defendants, including, without limitation, the Online Marketplaces; and payment processors such as PayPal, Inc. ("PayPal"); Payoneer, Inc. ("Payoneer"); Stripe, Inc. ("Stripe"); eBay Payments, Inc. ("eBay Payments"); Walmart Payments, Inc. ("Walmart Payments") (collectively referred to herein as "Payment Processors") (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

    a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

    b. the nature of Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the the online marketplace accounts, the Defendants' other Seller Aliases and/or websites, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Defendant Internet Stores and other Defendant websites;

    c. Defendants' online marketplace accounts; and

    d. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of the Payment Processors or other financial institutions, or other merchant account providers, payment providers, third party processors, and credit card associations.

4. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. The Online Marketplaces and all other e-commerce platforms in privity with Defendants, and their respective related companies and affiliates, shall within five (5) business days of receipt of this Order:

    a. identify and restrain all funds, as opposed to ongoing account activity, in, or which hereafter are transmitted, into the online marketplace accounts related to the Defendants as identified on Schedule A, as well as all funds in, or which are transmitted, into (i) any other accounts of the same customer(s), (ii) any other accounts which transfer funds into the same financial institution account(s), any of the other accounts subject to this Order; and (iii) any other accounts tied to or used by any of the Seller Aliases identified on Schedule A;

    b. provide Plaintiff's counsel with all data which details (i) an accounting of the total funds restrained and the identification of the financial account(s) which the restrained funds are related to, and (ii) the account transactions related to all funds transmitted into the financial account(s) which have been restrained. Such restraining of the funds and the disclosure of the related financial institution account

6

information shall be made without notice to the account owners until after those accounts are restrained; and,

c. prevent the transfer or surrender of any and all funds restrained by this Order for any purpose (other than pursuant to a chargeback made pursuant to thee Online Marketplaces' security interest in the funds) without the express authorization of this Court.

6. The Payment Processors or other financial institutions, for any Defendant or any of Defendants' online marketplace accounts or websites, shall within five (5) business days of receipt of this Order:

a. locate all accounts and funds connected to Defendants, Defendants' online marketplace accounts or Defendants' websites, including, but not limited to, any accounts connected to the information listed in Schedule A and the email addresses associated with the Defendants that are identified by either Defendants or third parties; and,

b. restrain and enjoin such accounts from receiving, transferring, or disposing of any money or other of Defendants' assets until further ordered by this Court.

7. Plaintiff may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed.R.Civ.P. 4(f)(3), by electronically publishing a link to the Complaint, this Order and other relevant documents on a website, and/or by sending an email to the email addresses provided for Defendants by Defendants or any third parties which includes as attachments the Complaint, Summons, Motion for Temporary Restraining Order, Motion for Electronic Service of Process, Motion for Preliminary

Injunction, and all relevant court documents and pleadings, as well as a link to said website. The Clerk of Court is directed to issue a single original summons in the name of "virson and all other Defendants identified on Schedule A to the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or email, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

       8. The Clerk of Court is directed to unseal Plaintiff's Schedule A to the Complaint [2], Exhibit 2 to the Hamel Declaration in Support of Plaintiff's Motion for Temporary Restraining OrderMotion for Temporary Restraining Order [17], Plaintiff's Memorandum Establishing that Joinder is Proper [21], the Temporary Restraining Order [24].

       9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two (2) days' notice to Plaintiff, or on shorter notice as set by this Court.

       10. The $10,000 bond posted by ELO shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

Dated: December 3, 2025

                                                                                   U.S. District Court Judge Robert W. Gettleman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E.L.O. CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>The Partnerships Identified On Schedule A,<br><br>Defendants. | Case No.: 1:25-cv-12337<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Laura K. McNally |

# SCHEDULE A TO THE COMPLAINT

| No. | Defendant /Seller Alias | Marketplace URL |
|---|---|---|
| 1 | virson | https://www.dhgate.com/store/21278513 |
| 2 | jiangzeming | https://www.dhgate.com/store/21564110 |
| 3 | huan07 | https://www.dhgate.com/store/21751915 |
| 3 | huan07 | https://www.dhgate.com/store/21751915 |
| 4 | sts_018 | https://www.dhgate.com/store/21759009 |
| 4 | sts_018 | https://www.dhgate.com/store/21759009 |
| 5 | bian06 | https://www.dhgate.com/store/21859862 |
| 6 | yishian07 | https://www.dhgate.com/store/21969997 |
| 7 | homepro7 | https://www.dhgate.com/store/21979036 |
| 8 | homepro14 | https://www.dhgate.com/store/21989311 |
| 9 | homepro19 | https://www.dhgate.com/store/21989318 |
| 10 | ddmylucky | https://www.dhgate.com/store/21989825 |
| 11 | ddmymar | https://www.dhgate.com/store/21997317 |
| 12 | ddmymay | https://www.dhgate.com/store/21997320 |
| 13 | ddmyjun | https://www.dhgate.com/store/21997321 |
| 14 | ddmydec | https://www.dhgate.com/store/21997382 |
| 15 | Shenzhen Wangkeyi Technology | https://www.fruugo.us/shenzhen-wangkeyi-technology/m-14650 |

| No. | Defendant /Seller Alias | Marketplace URL |
|---|---|---|
| 16 | Shenzhen Yongbosheng Electronic Technology | https://www.fruugo.us/shenzhen-yongbosheng-electronic-technology/m-17284 |
| 17 | Suzhou Caomuzhixing Star Network Technology | https://www.fruugo.us/suzhou-caomuzhixing-star-network-technology/m-23218 |
| 18 | Shenzhen Crestgolf Supplies | https://www.fruugo.us/shenzhen-crestgolf-supplies/m-23985 |
| 19 | ouku | https://www.ouku.com/ |
| 20 | OwuTrail | https://us.shein.com/store/home?store_code=1564722976 |
| 21 | DaryInnova | https://us.shein.com/store/home?store_code=1584038011 |
| 22 | EcoHaven Home | https://us.shein.com/store/home?store_code=1781137267 |
| 23 | MichellPlus | https://us.shein.com/store/home?store_code=1833213880 |
| 24 | Tranquessence Home | https://us.shein.com/store/home?store_code=2903240726 |
| 25 | 123CHUNLEI YANG | https://us.shein.com/store/home?store_code=2934618856 |
| 26 | SigridZ | https://us.shein.com/store/home?store_code=3373629396 |
| 27 | Veronica S. | https://us.shein.com/store/home?store_code=3481222482 |
| 28 | V. Dynamics | https://us.shein.com/store/home?store_code=4298787491 |
| 29 | FanStar | https://us.shein.com/store/home?store_code=4776855047 |
| 30 | EverCharm | https://us.shein.com/store/home?store_code=5457770294 |
| 31 | DawkinSoft | https://us.shein.com/store/home?store_code=5839209088 |
| 32 | laoshfbv | https://us.shein.com/store/home?store_code=6315226372 |
| 33 | HUHUYOU | https://us.shein.com/store/home?store_code=6448996289 |
| 34 | CHAOYANGLANGGUOGUO | https://us.shein.com/store/home?store_code=6757860242 |
| 35 | AlphaByte | https://us.shein.com/store/home?store_code=6758315281 |
| 36 | Enoking-BTG | https://us.shein.com/store/home?store_code=6979133028 |
| 37 | EchoHugo | https://us.shein.com/store/home?store_code=7439867898 |
| 38 | YWWM | https://us.shein.com/store/home?store_code=7592523770 |
| 39 | VibrantNest Living | https://us.shein.com/store/home?store_code=7686244131 |
| 40 | HUUZHU | https://us.shein.com/store/home?store_code=7759067949 |
| 41 | sdferrty | https://us.shein.com/store/home?store_code=8099306248 |
| 42 | AetherIx | https://us.shein.com/store/home?store_code=9562979376 |
| 43 | MERACH SPORT | https://us.shein.com/store/home?store_code=9416210580 |

| No. | Defendant /Seller Alias | Marketplace URL |
|---|---|---|
| 44 | charenfitness | https://charenfitness.com |
| 45 | C It All | https://citall.store |
| 46 | fittnestt | https://fittnestt.com |
| 47 | gymaero | https://gymaero.com |
| 48 | merachfit | https://merachfit.com |
| 49 | postureuniverse | https://postureuniverse.com |
| 50 | starletgabeehive | https://starletgabeehive.com |
| 51 | womensspecialchoices | https://womensspecialchoices.com |
| 52 | US XINQI SPORT | https://www.temu.com/tt--m-634418213940824.html |
| 53 | NPET PetKits | https://www.temu.com/tt--m-634418217663801.html |
| 54 | NPET PetBest | https://www.temu.com/tt--m-634418217888386.html |
| 55 | Spuer turbofan | https://www.temu.com/tt--m-634418217904404.html |
| 56 | QSDFBGH | https://www.temu.com/tt--m-634418219348774.html |
| 57 | wefaner local | https://www.temu.com/tt--m-634418219922104.html |
| 58 | MingCua | https://www.temu.com/tt--m-634418220257844.html |
| 59 | Sxswwb | https://www.temu.com/tt--m-634418220815349.html |
| 60 | Jqionn | https://www.temu.com/tt--m-634418220819548.html |
| 61 | Ushanka Plus | https://www.temu.com/tt--m-634418221173662.html |
| 62 | Morozko Market | https://www.temu.com/tt--m-634418221187400.html |
| 63 | Nezha Merchandise | https://www.temu.com/tt--m-634418221854001.html |
| 64 | GOODBIRDKA | https://www.temu.com/tt--m-634418221985418.html |
| 65 | TTYanxishop | https://www.temu.com/tt--m-634418222054471.html |
| 66 | ShirieS | https://www.temu.com/tt--m-634418222109267.html |
| 67 | Ermajrel | https://www.temu.com/tt--m-634418222246008.html |
| 68 | baibuygo | https://www.temu.com/tt--m-634418222274687.html |
| 69 | XM Family | https://www.temu.com/tt--m-634418222332302.html |
| 70 | RoumanQ | https://www.temu.com/tt--m-634418222507082.html |
| 71 | Cheap party supplies | https://www.temu.com/tt--m-634418222568200.html |
| 72 | TMGood quality | https://www.temu.com/tt--m-634418222600525.html |

| No. | Defendant /Seller Alias | Marketplace URL |
|---|---|---|
| 73 | Am key | https://www.temu.com/tt--m-634418222615052.html |
| 74 | LHZYBA | https://www.temu.com/tt--m-634418222651855.html |
| 75 | LHCYXAB | https://www.temu.com/tt--m-634418222652685.html |
| 76 | LHXLJ | https://www.temu.com/tt--m-634418222652882.html |
| 77 | GZDQQ | https://www.temu.com/tt--m-634418222696177.html |
| 78 | Wonnice | https://www.temu.com/tt--m-634418222696213.html |
| 79 | CZWX Home Mall | https://www.temu.com/tt--m-634418222741543.html |
| 80 | langandshop | https://www.temu.com/tt--m-634418222820307.html |
| 81 | rgdgr | https://www.temu.com/tt--m-634418222822024.html |
| 82 | Lifinity Co | https://www.temu.com/tt--m-634418222838666.html |
| 83 | pangdiyidian | https://www.temu.com/tt--m-634418222915293.html |
| 84 | ZXXyanxi | https://www.temu.com/tt--m-634418222918123.html |
| 85 | SFFYN | https://www.temu.com/tt--m-634418223039342.html |
| 86 | PlayfulCoral | https://www.temu.com/tt--m-634418223085727.html |
| 87 | Baykal | https://www.temu.com/tt--m-634418223109104.html |
| 88 | Troyka Shop | https://www.temu.com/tt--m-634418223110964.html |
| 89 | TToneshy | https://www.temu.com/tt--m-634418223394781.html |
| 90 | nianniabd | https://www.temu.com/tt--m-634418223446282.html |
| 91 | zouyongD | https://www.temu.com/tt--m-634418223661486.html |
| 92 | ChenXuantong | https://www.ebay.com/str/chenxuantong |
| 93 | ChenXuru | https://www.ebay.com/str/chenxuru |
| 94 | eldout | https://www.ebay.com/usr/eldout |
| 95 | FairyMall06 | https://www.ebay.com/usr/fairymall06 |
| 96 | fascinatingcat01 | https://www.ebay.com/usr/fascinatingcat01 |
| 97 | founght | https://www.ebay.com/usr/founght |
| 98 | gewindeer | https://www.ebay.com/usr/gewindeer |
| 99 | gloamfunc | https://www.ebay.com/usr/gloamfunc |
| 100 | gloamgrnde | https://www.ebay.com/usr/gloamgrnde |
| 101 | hcnutg | https://www.ebay.com/usr/hcnutg |

4

| No. | Defendant /Seller Alias | Marketplace URL |
|---|---|---|
| 102 | hearmian | https://www.ebay.com/usr/hearmian |
| 103 | hevmw2019 | https://www.ebay.com/usr/hevmw2019 |
| 104 | Joyin666 | https://www.ebay.com/str/joyin666 |
| 105 | kinejear | https://www.ebay.com/usr/kinejear |
| 106 | leaung | https://www.ebay.com/usr/leaung |
| 107 | ljqudhey | https://www.ebay.com/usr/ljqudhey |
| 108 | Masataka N Store | https://www.ebay.com/str/masatakanstore |
| 109 | mcjint | https://www.ebay.com/usr/mcjint |
| 110 | Eiidill (formerly nwine) | https://www.ebay.com/str/nwine |
| 111 | objiet | https://www.ebay.com/usr/objiet |
| 112 | oceanxu | https://www.ebay.com/usr/oceanxu |
| 113 | oekdiuy | https://www.ebay.com/usr/oekdiuy |
| 114 | primedeals-575 | https://www.ebay.com/usr/primedeals-575 |
| 115 | romantictiao02 | https://www.ebay.com/usr/romantictiao02 |
| 116 | rypm2876 (formerly City of furniture) | https://www.ebay.com/usr/rypm2876 |
| 117 | shinefx shop | https://www.ebay.com/usr/shinefx |
| 118 | shoutnshop | https://www.ebay.com/usr/shoutnshop |
| 119 | snarapsetvb | https://www.ebay.com/usr/snarapsetvb |
| 120 | suguess | https://www.ebay.com/usr/suguess |
| 121 | sunshinre | https://www.ebay.com/usr/sunshinre |
| 122 | sunxiaos | https://www.ebay.com/usr/sunxiao |
| 123 | Watso996 | https://www.ebay.com/str/watso996 |
| 124 | Qujing Wandatong | https://www.walmart.com/reviews/seller/101044609 |
| 125 | BaiHuoShouChangJia | https://www.walmart.com/reviews/seller/101132558 |
| 126 | Appliances store | https://www.walmart.com/reviews/seller/101175440 |
| 127 | Lohuatrd | https://www.walmart.com/reviews/seller/101178478 |
| 128 | PopularNHSTORE | https://www.walmart.com/reviews/seller/101179702 |
| 129 | Star Practical Home Shop | https://www.walmart.com/reviews/seller/101180641 |
| 130 | Home & Paws | https://www.walmart.com/reviews/seller/101184985 |

| No. | Defendant /Seller Alias | Marketplace URL |
|---|---|---|
| 131 | StarToy (formerly DeyCozy) | https://www.walmart.com/reviews/seller/101198670 |
| 132 | DDgui Home | https://www.walmart.com/reviews/seller/101215660 |
| 133 | Familyshopping-Choice | https://www.walmart.com/reviews/seller/101255994 |
| 134 | PurelyHomeStudio | https://www.walmart.com/reviews/seller/101280102 |
| 135 | WEQMARCA | https://www.walmart.com/reviews/seller/101348119 |
| 136 | GMGM Co.Ltd | https://www.walmart.com/reviews/seller/101509344 |
| 137 | Nsehzlx | https://www.walmart.com/reviews/seller/101517295 |
| 138 | Hubstore | https://www.walmart.com/reviews/seller/101531844 |
| 139 | COMIOR Co.Ltd | https://www.walmart.com/reviews/seller/101562672 |
| 140 | Anckoeil Fashion Home | https://www.walmart.com/reviews/seller/101567228 |
| 141 | Ettsollp | https://www.walmart.com/reviews/seller/101568058 |
| 142 | HaiWei | https://www.walmart.com/reviews/seller/101584248 |
| 143 | SATRINO | https://www.walmart.com/reviews/seller/101593689 |
| 144 | Gold Essence | https://www.walmart.com/reviews/seller/101611770 |
| 145 | LKHLAO | https://www.walmart.com/reviews/seller/101611933 |
| 146 | Easter Makeup Store | https://www.walmart.com/reviews/seller/101619186 |
| 147 | JilgTeok | https://www.walmart.com/reviews/seller/101619194 |
| 148 | Yeafnoonyl | https://www.walmart.com/reviews/seller/101623039 |
| 149 | Bfdd Co.Ltd | https://www.walmart.com/reviews/seller/101624628 |
| 150 | CHAXIN | https://www.walmart.com/reviews/seller/101624717 |
| 151 | FenTu-USA | https://www.walmart.com/reviews/seller/101625703 |
| 152 | Fashionable Co.Ltd | https://www.walmart.com/reviews/seller/101635924 |
| 153 | RadiantActiveGear | https://www.walmart.com/reviews/seller/101651942 |
| 154 | shaoguiping LLC | https://www.walmart.com/reviews/seller/101653575 |
| 155 | AOYUAJHSA | https://www.walmart.com/reviews/seller/101657862 |
| 156 | Guiexla | https://www.walmart.com/reviews/seller/101662878 |
| 157 | Ziurtnc | https://www.walmart.com/reviews/seller/101662913 |
| 158 | Chill LLC | https://www.walmart.com/reviews/seller/101663299 |
| 159 | BLARKRUS-LI | https://www.walmart.com/reviews/seller/101664778 |

| No. | Defendant /Seller Alias | Marketplace URL |
|---|---|---|
| 160 | EXCEPTION | EXCEPTION |
| 161 | EXCEPTION | EXCEPTION |
| 162 | Zxuyon | https://www.walmart.com/reviews/seller/101679104 |
| 163 | Kitchen daily life | https://www.walmart.com/reviews/seller/101680466 |
| 164 | Yinianhuikeji | https://www.walmart.com/reviews/seller/101680544 |
| 165 | Gift Home & Party | https://www.walmart.com/reviews/seller/101680574 |
| 166 | Qalabka | https://www.walmart.com/reviews/seller/101682025 |
| 167 | EXCEPTION | EXCEPTION |
| 168 | EXCEPTION | EXCEPTION |
| 169 | EXCEPTION | EXCEPTION |
| 170 | Tunhigl | https://www.walmart.com/reviews/seller/101687365 |
| 171 | ZEELIY | https://www.walmart.com/reviews/seller/101690679 |
| 172 | Aqyh Co.Ltd | https://www.walmart.com/reviews/seller/101692827 |
| 173 | Blossomir | https://www.walmart.com/reviews/seller/102481404 |
| 174 | GTB | https://www.walmart.com/reviews/seller/102482732 |
| 175 | EXCEPTION | EXCEPTION |
| 176 | WAIHE Co.Ltd | https://www.walmart.com/reviews/seller/102486843 |
| 177 | fangzhu | https://www.walmart.com/reviews/seller/102487580 |
| 178 | Hongchegh | https://www.walmart.com/reviews/seller/102492321 |
| 179 | taicans Home Store | https://www.walmart.com/reviews/seller/102498310 |
| 180 | Leozcaa | https://www.walmart.com/reviews/seller/102501116 |
| 181 | JingYiFu | https://www.walmart.com/reviews/seller/102504439 |
| 182 | Dasenghong | https://www.walmart.com/reviews/seller/102505173 |
| 183 | Lonzony | https://www.walmart.com/reviews/seller/102506257 |
| 184 | YI FENG | https://www.walmart.com/reviews/seller/102508042 |
| 185 | QianZunTeng | https://www.walmart.com/reviews/seller/102509897 |
| 186 | YongZuYong | https://www.walmart.com/reviews/seller/102510125 |
| 187 | KunMingJiaQuShangMao Ltd. | https://www.walmart.com/reviews/seller/102510996 |
| 188 | qoquo | https://www.walmart.com/reviews/seller/102516374 |

| No. | Defendant /Seller Alias | Marketplace URL |
|---|---|---|
| 189 | Visit Beautura Essentials | https://www.walmart.com/reviews/seller/102517582 |
| 190 | Meottam | https://www.walmart.com/reviews/seller/102523908 |
| 191 | LongEnYu | https://www.walmart.com/reviews/seller/102535124 |
| 192 | SFDFGF.Co.Ltd | https://www.walmart.com/reviews/seller/102538009 |
| 193 | Bye for Now | https://www.walmart.com/reviews/seller/102590338 |
| 194 | Aorijia Co.Ltd | https://www.walmart.com/reviews/seller/102598029 |
| 195 | PWIEFOO | https://www.walmart.com/reviews/seller/102612489 |
| 196 | Leresom | https://www.walmart.com/reviews/seller/102614432 |
| 197 | YYL-Design | https://www.walmart.com/reviews/seller/102619633 |
| 198 | Buywon | https://www.walmart.com/reviews/seller/102619748 |
| 199 | Teekol | https://www.walmart.com/reviews/seller/102619811 |
| 200 | Live Easy | https://www.walmart.com/reviews/seller/102628590 |
| 201 | yuelangde | https://www.walmart.com/reviews/seller/102633393 |
| 202 | chenhaiping | https://www.walmart.com/reviews/seller/102637830 |
| 203 | henanhuirui | https://www.walmart.com/reviews/seller/102638450 |
| 204 | EXCEPTION | EXCEPTION |
| 205 | BDLHX | https://www.walmart.com/reviews/seller/102641037 |
| 206 | moerub | https://www.walmart.com/reviews/seller/102641477 |
| 207 | Prosody | https://www.walmart.com/reviews/seller/102641540 |
| 208 | EXCEPTION | EXCEPTION |
| 209 | Thought | https://www.walmart.com/reviews/seller/102641754 |
| 210 | Kuangd | https://www.walmart.com/reviews/seller/102643123 |
| 211 | MWHBD | https://www.walmart.com/reviews/seller/102643216 |
| 212 | Sasuw | https://www.walmart.com/reviews/seller/102643297 |
| 213 | Fangbe | https://www.walmart.com/reviews/seller/102644741 |
| 214 | Zhenb | https://www.walmart.com/reviews/seller/102644788 |
| 215 | Xiangtai | https://www.walmart.com/reviews/seller/102646513 |
| 216 | Zoseme | https://www.walmart.com/reviews/seller/102646775 |
| 217 | guanyong | https://www.walmart.com/reviews/seller/102664365 |

| No. | Defendant /Seller Alias | Marketplace URL |
|---|---|---|
| 218 | migui | https://www.walmart.com/reviews/seller/102673500 |
| 219 | zengxiangyun | https://www.walmart.com/reviews/seller/102686316 |
| 220 | Clyrona | https://www.walmart.com/reviews/seller/102706317 |
| 221 | Shuang | https://www.walmart.com/reviews/seller/102716925 |
| 222 | ONEKISS | https://www.walmart.com/reviews/seller/102717745 |
| 223 | shiwu01 | https://www.walmart.com/reviews/seller/102720863 |
| 224 | tuofengsm | https://www.walmart.com/reviews/seller/102721230 |
| 225 | ZhuF-US | https://www.walmart.com/reviews/seller/102726061 |
| 226 | yanxinfushi | https://www.walmart.com/reviews/seller/102730967 |
| 227 | caofangfang | https://www.walmart.com/reviews/seller/102735768 |
| 228 | **EXCEPTION** | **EXCEPTION** |
| 229 | **EXCEPTION** | **EXCEPTION** |
| 230 | aoaoSHOU | https://www.walmart.com/reviews/seller/102738722 |
| 231 | JHH | https://www.walmart.com/reviews/seller/102739799 |
| 232 | Little Bee Shop | https://www.walmart.com/reviews/seller/102741263 |
| 233 | Lurking Wolf | https://www.walmart.com/reviews/seller/102741554 |
| 234 | Wang-US | https://www.walmart.com/reviews/seller/102742144 |
| 235 | meifuqi | https://www.walmart.com/reviews/seller/102744582 |
| 236 | Lubinyu | https://www.walmart.com/reviews/seller/102746111 |
| 237 | easeshopper | https://www.walmart.com/reviews/seller/102746163 |
| 238 | **EXCEPTION** | **EXCEPTION** |
| 239 | CozyVibe | https://www.walmart.com/reviews/seller/102747839 |
| 240 | fangchengxianqiufeng | https://www.walmart.com/reviews/seller/102747864 |
| 241 | xinjujj | https://www.walmart.com/reviews/seller/102748429 |
| 242 | **EXCEPTION** | **EXCEPTION** |
| 243 | **EXCEPTION** | **EXCEPTION** |
| 244 | niushuwen | https://www.walmart.com/reviews/seller/102749735 |
| 245 | mianyanghaojingkeji | https://www.walmart.com/reviews/seller/102751347 |
| 246 | HeGrong | https://www.walmart.com/reviews/seller/102752856 |
| 247 | yusongcool | https://www.walmart.com/reviews/seller/102753756 |

| No. | Defendant /Seller Alias | Marketplace URL |
|---|---|---|
| 248 | XIA sales outlet | https://www.walmart.com/reviews/seller/102754203 |
| 249 | Bazario | https://www.walmart.com/reviews/seller/102758182 |
| 250 | HRR LTD | https://www.walmart.com/reviews/seller/102758808 |
| 251 | yaotaoxin | https://www.walmart.com/reviews/seller/102758873 |
| 252 | ningkede | https://www.walmart.com/reviews/seller/102758890 |
| 253 | VarietyVille | https://www.walmart.com/reviews/seller/102760434 |
| 254 | liyadan | https://www.walmart.com/reviews/seller/102761585 |
| 255 | EXCEPTION | EXCEPTION |
| 256 | QHCBB | https://www.walmart.com/reviews/seller/102764398 |
| 257 | Affordable small shop | https://www.walmart.com/reviews/seller/102765065 |
| 258 | huangfei | https://www.walmart.com/reviews/seller/102765313 |
| 259 | GEAR | https://www.walmart.com/reviews/seller/102766470 |
| 260 | EXCEPTION | EXCEPTION |
| 261 | EXCEPTION | EXCEPTION |
| 262 | shanggg | https://www.walmart.com/reviews/seller/102768483 |
| 263 | EXCEPTION | EXCEPTION |
| 264 | EXCEPTION | EXCEPTION |
| 265 | EXCEPTION | EXCEPTION |
| 266 | EXCEPTION | EXCEPTION |
| 267 | ActiveGlam | https://www.walmart.com/reviews/seller/102771362 |
| 268 | EXCEPTION | EXCEPTION |
| 269 | Zai Wang | https://www.walmart.com/reviews/seller/102774292 |
| 270 | Zhi Qiong | https://www.walmart.com/reviews/seller/102775294 |
| 271 | EXCEPTION | EXCEPTION |
| 272 | EXCEPTION | EXCEPTION |
| 273 | EXCEPTION | EXCEPTION |
| 274 | EXCEPTION | EXCEPTION |
| 275 | Bradshop | https://www.walmart.com/reviews/seller/102794810 |
| 276 | JinTaoShop0408 | https://www.walmart.com/reviews/seller/102795948 |
| 277 | EXCEPTION | EXCEPTION |

10

| No. | Defendant /Seller Alias | Marketplace URL |
|---|---|---|
| 278 | **EXCEPTION** | **EXCEPTION** |
| 279 | John 's store | https://www.walmart.com/reviews/seller/102806057 |
| 280 | **EXCEPTION** | **EXCEPTION** |
| 281 | **EXCEPTION** | **EXCEPTION** |
| 282 | **EXCEPTION** | **EXCEPTION** |
| 283 | NMSH shopping | https://www.walmart.com/reviews/seller/102810347 |
| 284 | **EXCEPTION** | **EXCEPTION** |
| 285 | wanghefei | https://www.walmart.com/reviews/seller/102827895 |
| 286 | **EXCEPTION** | **EXCEPTION** |
| 287 | Ruhiku GW | https://www.walmart.com/reviews/seller/101180356 |
| 288 | Yinqiang E -commerce Co. Ltd | https://www.walmart.com/reviews/seller/101184740 |
| 289 | BaoShouBaoFu | https://www.walmart.com/reviews/seller/101623661 |
| 290 | **EXCEPTION** | **EXCEPTION** |
| 291 | Neyseki | https://www.walmart.com/reviews/seller/101630740 |
| 292 | Toylandia Shop | https://www.walmart.com/reviews/seller/101666281 |
| 293 | ququZ | https://www.walmart.com/reviews/seller/102484318 |
| 294 | PINGqiqin.store | https://www.walmart.com/reviews/seller/102488839 |
| 295 | CozyNester | https://www.walmart.com/reviews/seller/102643331 |
| 296 | **EXCEPTION** | **EXCEPTION** |
| 297 | qiaosanDD | https://www.walmart.com/reviews/seller/102738607 |
| 298 | **EXCEPTION** | **EXCEPTION** |
| 299 | **EXCEPTION** | **EXCEPTION** |
| 300 | **EXCEPTION** | **EXCEPTION** |
| 301 | **EXCEPTION** | **EXCEPTION** |
| 302 | huanshiyiii | https://www.walmart.com/reviews/seller/102750688 |
| 303 | Good things to share (formerly xshijkoko) | https://www.walmart.com/reviews/seller/102750872 |
| 304 | **EXCEPTION** | **EXCEPTION** |
| 305 | **EXCEPTION** | **EXCEPTION** |
| 306 | **EXCEPTION** | **EXCEPTION** |
| 307 | Fiabour | https://www.walmart.com/global/seller/102479668 |

11

| No. | Defendant /Seller Alias | Marketplace URL |
|---|---|---|
| 308 | **EXCEPTION** | **EXCEPTION** |
| 309 | **EXCEPTION** | **EXCEPTION** |
| 310 | **EXCEPTION** | **EXCEPTION** |
| 311 | **EXCEPTION** | **EXCEPTION** |
| 312 | ConillyLL | https://www.walmart.com/global/seller/102577858 |