THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E.L.O. CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>　　　　　　　　　　Defendants. | Civil Action No.: 1:25-cv-12337<br><br>Honorable Judge Robert W. Gettleman<br><br>Magistrate Judge Laura K. McNally |

**MOTION TO DISMISS**

Defendant ouku ("Defendant"), by and through its counsel, respectfully moves this Honorable Court to dismiss Plaintiff E.L.O. Corporation's ("Plaintiff") Complaint [Dkt. No. 1] pursuant to Federal Rule of Civil Procedure 12(b)(2). Defendant submits a Memorandum in support thereof.

DATED: December 12, 2025

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*Attorney for Defendant ouku*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of December, 2025, I electronically filed the foregoing through the Court's CM/ECF system with notice of case activity automatically generated and sent electronically to all counsel of record.

                                          /s/ Ge (Linda) Lei
                                          Ge (Linda) Lei