THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E.L.O. CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Civil Action No.: 1:25-cv-12337<br><br>Honorable Judge Robert W. Gettleman<br><br>Magistrate Judge Laura K. McNally |

## MOTION TO MODIFY THE PRELIMINARY INJUNCTION ORDER

Defendant ouku ("Defendant"), by and through its counsel, respectfully moves this Court to modify the Preliminary Injunction Order entered against them by this Court. Specifically, Defendant respectfully requests this Court to reduce the asset freeze to the equitable accounting of lost profits of the Accused Product. Defendant submits a Memorandum in support thereof.

DATED: December 12, 2025

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*Attorney for Defendant ouku*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of December, 2025, I electronically filed the foregoing through the Court's CM/ECF system with notice of case activity automatically generated and sent electronically to all counsel of record.

/s/ Ge (Linda) Lei
Ge (Linda) Lei
