IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E.L.O. CORPORATION,<br><br>            *Plaintiff*,<br>v.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>            *Defendants*. | **CASE NO.** 1:25-cv-12337<br><br>**Judge:** Honorable Robert W. Gettleman<br><br>**Magistrate Judge:** Honorable Laura K. McNally |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION
TO DEFENDANTS' MOTIONS TO DISMISS**

Twenty nine Defendants BAOXIN Co. Ltd (Def. No. 160), DIANNAO Co.Ltd (Def. No. 167), YUMIAO Co.Ltd (Def. No. 169), BAOBIN Co.Ltd(Def. No. 175), Yinuo Trade (Def. No. 228), baohanbao (Def. No. 229), shishiYYun (Def. No. 238), qidandd (Def. No. 242), nanchengnn (Def. No. 243), youYY (Def. No. 255), siquan (Def. No. 261), XIGEII (Def. No. 264), shaochunn (Def. No. 265), GUOUNII (Def. No. 268), ZHENGSHUU (Def. No. 272), wan trade (Def. No. 277), minxuanshop (Def. No. 278), HEGUO (Def. No. 280), MUHESTORE (Def. No. 281), xijueshop (Def. No. 284), lingYLSHOP (Def. No. 286), Fengbinbin Inc (Def. No. 290), ZHONGHEI (Def. No. 299), mengyaCo.Ltd (Def. No. 300), LE66YE (Def. No. 301), lianyuestore (Def. No. 306), liuxiaolei (Def. No. 308), aoting (Def. No. 309), dingleistore (Def. No. 310) by and through their undersigned counsel, respectfully submit this Unopposed Motion for Extension of Time to File Reply to Plaintiff's Response in Opposition to the Motions to Dismiss, and in support thereof state as follows:

1. On November 20, 2025, and December 2, 2025, Defendants filed Motions to Dismiss for Lack of Personal Jurisdiction. [Dkt. Nos. 31, 37, 38].

1

2. On December 9, 2025, Plaintiff filed its Response in Opposition to Defendants' Motions to Dismiss for Lack of Personal Jurisdiction. [Dkt. No. 45].

3. The current deadline for Defendants to file their Reply to Plaintiff's Response is set on December 23, 2025.

4. After conferring with Plaintiff's counsel, Plaintiff does not oppose this request for additional time to allow Defendants a fair opportunity to review the materials and prepare their reply.

5. Therefore, subject to the Court's approval, Defendants respectfully request that the deadline for Defendants to file their Reply to Plaintiff's Response shall be extended from December 23, 2025 to January 6, 2026.

**WHEREFORE**, Defendants respectfully request that the Court grant this Unopposed Motion for Extension of Time to Reply to Plaintiff's Response in Opposition to Defendants' Motions to Dismiss and enter an Order extending the deadline as set forth herein.

Dated: December 19, 2025

Respectfully submitted,

*/s/ He Cheng*
He Cheng | Attorney
PALMER LAW GROUP, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33301
Tel: +1 (917) 525-1495
Email: rcheng@palmerlawgroup.com

**<u>Counsel for Defendants</u>**