**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| E.L.O. CORPORATION, | CASE NO.: 1:25-CV-12337 |
| PLAINTIFF, | |
| V. | JUDGE ROBERT W. GETTLEMAN |
| THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, | |
| DEFENDANTS. | MAGISTRATE JUDGE LAURA K.MCNALLY |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, and with leave to reinstate within thirty (30) calendar days, as to Defendant ouku (identified on line 19 of the Schedule A to the Complaint). This dismissal shall automatically convert to a dismissal with prejudice if not reinstated within said time period.

Dated:      January 2, 2026      Respectfully submitted,

*/s/ Alison K. Carter*
Alison K. Carter
Ann Marie Sullivan
Gouthami V. Tufts
John J. Mariane

**SULLIVAN & CARTER, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
www.scip.law
929-724-7529
a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***