# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| E.L.O. CORPORATION,<br><br>PLAINTIFF,<br><br>v.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO.: 1:25-CV-12337<br><br>JUDGE ROBERT W. GETTLEMAN<br><br>MAGISTRATE JUDGE LAURA K.MCNALLY |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to Defendant PopularNHSTORE (identified on line 128 of the Schedule A to the Complaint).

Dated:   January 2, 2026

Respectfully submitted,

*/s/ Alison K. Carter*
Alison K. Carter
Ann Marie Sullivan
Gouthami V. Tufts
John J. Mariane

**SULLIVAN & CARTER, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
929-724-7529
a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***