UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

E.L.O. Corporation
                          Plaintiff,

v.                                                   Case No.: 1:25−cv−12337
                                                  Honorable Robert W. Gettleman

BAOXIN Co. Ltd, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 12, 2026:

       MINUTE entry before the Honorable Robert W. Gettleman: Telephonic hearing held on 2/12/2026. For the reasons stated on the record, Defendant SigridZ's request for time to 4/13/2026 to retain counsel and file an amended motion to dismiss is granted. Defendant SigridZ' Motion to Dismiss for Lack of Personal Jurisdiction [71] is stricken without prejudice. Attorney He Cheng's Motion to Withdraw as Counsel for DIANNAO Co.Ltd (Def. No. 167), Yinuo Trade (Def. No. 228), nanchengnn (Def. No. 243), wan trade (Def. No. 277), MUHESTORE (Def. No. 281), and liuxiaolei (Def. No. 308)) [74] is granted. Defendants' Motions to Dismiss [31][37] [38] are denied. Telephonic hearing set for 4/23/2026 at 9:15 a.m. To join the telephone conference, dial (650) 479−3207, Access Code 1809 88 3385. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Counsel of record and other essential case participants will receive an email prior to the start of the hearing with instructions to join the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.